An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CRISSY BAKER,
Appellant,
vs.
MORGAN BAKER,
Respondent.

No. 65508

**FILED**

SEP 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On August 5, 2014, this court entered an order directing appellant to properly serve the notice of appeal on respondent and to file a properly completed certificate of service for that document in this court. In so doing, we cautioned appellant that failure to comply with this directive would result in the dismissal of this appeal. Appellant's certificate of service was due in this court on August 25, 2014, but to date, no such document has been filed in this court and appellant has not otherwise responded to the directive contained in our August 5 order. Accordingly, we conclude that appellant has abandoned this appeal and we therefore,

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31571

cc: Hon. Chuck Weller, District Judge, Family Court Division
Crissy Baker
Morgan Baker
Washoe District Court Clerk